In the Matter of the Application of EDITH L. CORIN for Leave Nunc Pro Tunc to Sue BENJAMIN T. HAINES, for a Deficiency upon Foreclosure of a Mortgage.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the respondent being a non-resident a deficiency judgment in the foreclosure action could not have been procured against him, and that he had actual knowledge of the pendency of said action and,

therefore, an opportunity to protect himself on the sale of the property. All concur.